IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED

10:10 am, 10/24/14

Tim J. Ellis
Clerk of Court

In re )
)
GLENN DUWARD CLARK ) Case No. 14-20387
) Chapter 13
Debtor. )

## ORDER CONFIRMING CHAPTER 13 PLAN

It having been determined after proper notice pursuant to Fed. R. Bankr. P. 3015, the Trustee's objection having been withdrawn, and that the plan meets the requirements of 11 U.S.C. § 1325;

**IT IS ORDERED**:

The debtor's chapter 13 plan filed May 19, 2014 is confirmed;

Creditors holding liens on property that the plan specifies are to be surrendered are granted relief from the automatic stay imposed by § 362 and may enforce their rights in and to the property pursuant to applicable law; and

In all business cases, the debtors shall file post-confirmation, semi-annual reports with the chapter 13 trustee that include an income statement and a balance sheet for the applicable period, and the filing of these reports must continue until the plan payments are completed or the case is dismissed or converted, whichever first occurs.

DATED this 24th day of October, 2014.

BY THE COURT

_____
United States Bankruptcy Judge

Service to:
All on Matrix